**Order entered July 1, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00404-CV

**STEVEN HOYT, INDIVIDUALLY, AND AS NEXT OF FRIEND OF
MINOR CHILDREN, T.H. AND J.H., AND
AS SOLE ADMINISTRATOR OF THE ESTATE OF KRISTINE HOYT, Appellants**

**V.**

**DAVID D. KIM, M.D. AND JUAN LUIS ZAMORA, M.D., Appellees**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-16-01507-C**

## ORDER

Before the Court is appellants' June 30, 2016 Motion for Leave to Substitute Brief. Appellants ask that the brief they tendered on June 30, 2016 be substituted for the brief they filed on June 27, 2016 or, alternatively, that they be allowed to file an amended brief. We **GRANT** appellants' motion **to the extent** that appellants shall file an amended brief by **JULY 8, 2016**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE